# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 08-10041 ERW |
| BASA PEREZIC, INC | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ____ of the United States Bankruptcy Code on _____. The case was converted to one under Chapter 7 on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor

    Leaving a balance on hand of                    $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing claims in this case was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/CATHERINE STEEGE_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

Case No: 08-10041   ERW   Judge: EUGENE R. WEDOFF
Case Name: BASA PEREZIC, INC

Trustee Name: CATHERINE STEEGE
Date Filed (f) or Converted (c): 10/01/08 (c)
341(a) Meeting Date: 11/20/08

For Period Ending: 08/26/09

Claims Bar Date: 02/24/09

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash on hand<br>6580 N. Mannheim Rd.<br>Rosemont, IL 60018 | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Checking Account # US Bank | 1,855.00 | 9,861.40 | | 9,861.40 | FA | 0.00 | 0.00 |
| 3. Payroll Account US Bank | 4,583.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Electric Utility Deposit - ComEd<br>ComEd 440 S. LaSalle St.<br>Chicago, IL 60605 | 10,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Gas Utility Deposit - Nicor | 4,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Various Accounts Receivable Due | 21,603.57 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Equipment, Fixtures and Supplies<br>Equipment, Fixtures, and Supplies<br>6580 N. Mannheim Rd.<br>Rosemont, IL 60018 | 77,315.00 | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 8. Food Inventory<br>Food Inventory<br>6580 N. Mannheim Rd.<br>Rosemont, IL 60018 | 6,550.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.53 | Unknown | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 08-10041 | ERW | Judge: EUGENE R. WEDOFF |
| --- | --- | --- | --- |
| Case Name: | BASA PEREZIC, INC | | |

| Trustee Name: | CATHERINE STEEGE |
| --- | --- |
| Date Filed (f) or Converted (c): | 10/01/08 (c) |
| 341(a) Meeting Date: | 11/20/08 |
| Claims Bar Date: | 02/24/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $126,156.57 | $24,861.40 | | $24,863.93 | $0.00 | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Close sale of assets. Claims bar date.

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 12/31/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-10041 -ERW | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | BASA PEREZIC, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5650  BofA - Money Market Account |
| Taxpayer ID No: | *******8181 | | |
| For Period Ending: | 08/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/03/09 | 7 | Best Western at O'Hare | Sales proceeds | 1129-000 | 15,000.00 | | 15,000.00 |
| 03/23/09 | 2 | US Bank<br>Cashier's Check # 2244500605<br>Location: 2244 Rosemont<br>U.S. Bank National Association<br>Minneapolis, MN  55480 | Bank Account | 1129-000 | 9,861.40 | | 24,861.40 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 24,861.52 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.54 | | 24,862.06 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.63 | | 24,862.69 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.61 | | 24,863.30 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.63 | | 24,863.93 |

Page Subtotals   24,863.93   0.00

Ver: 14.31c

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 5)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-10041 -ERW | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- |
| Case Name: | BASA PEREZIC, INC | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******5650  BofA - Money Market Account |
| Taxpayer ID No: | *******8181 |  |  |
| For Period Ending: | 08/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
| --- | --- | --- | --- |
|  | COLUMN TOTALS | 24,863.93 | 0.00 | 24,863.93 |
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 |
|  | Subtotal | 24,863.93 | 0.00 |
|  | Less:  Payments to Debtors |  | 0.00 |
|  | Net | 24,863.93 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS |  |  |  |
| BofA - Money Market Account - ********5650 | 24,863.93 | 0.00 | 24,863.93 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 24,863.93 | 0.00 | 24,863.93 |
|  | ============== | ============== | ============== |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 14.31c

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-10041 | | Page 1 | | | Date: August 26, 2009 |
| Debtor Name: | BASA PEREZIC, INC | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000017 001 3991-00 | OFFICE OF THE UNITED STATES TRUSTEE<br>Dirksen Federal Court House<br>219 South Dearborn Street<br>Chicago, IL 60604 | Administrative | | $3,250.00 | $0.00 | $3,250.00 |
| 000018 001 3210-00 | JENNER & BLOCK LLP<br>330 N. WABASH AVENUE<br>CHICAGO, IL 60611 | Administrative | | $546.00 | $0.00 | $546.00 |
| 000001C 040 5800-00 | Illinois Department of Revenue<br>100 W. Randolph St.<br>Level 7-425 - Bankruptcy Section<br>Chicago, IL 60106 | Priority | | $9,733.36 | $0.00 | $9,733.36 |
| 000002C 040 5800-00 | Illinois Department of Revenue<br>100 W. Randolph St.<br>Level 7-425 - Bankruptcy Section<br>Chicago, IL 60106 | Priority | | $63,467.91 | $0.00 | $63,467.91 |
| 000005C 040 5800-00 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Priority | | $932,057.85 | $0.00 | $932,057.85 |
| 000001A 070 7100-00 | Illinois Department of Revenue<br>100 W. Randolph St.<br>Level 7-425 - Bankruptcy Section<br>Chicago, IL 60106 | Unsecured | | $641.08 | $0.00 | $641.08 |
| 000002A 070 7100-00 | Illinois Department of Revenue<br>100 W. Randolph St.<br>Level 7-425 - Bankruptcy Section<br>Chicago, IL 60106 | Unsecured | | $6,778.96 | $0.00 | $6,778.96 |
| 000003 070 7100-00 | Muller Pinehurst<br>2110 Ogilby Road<br>P.O. Box 299<br>Rockford, IL 61105 | Unsecured | | $3,249.67 | $0.00 | $3,249.67 |
| 000004 070 7100-00 | NuCO2<br>2800 SE Market Place<br>Stuart, Florida 34997 | Unsecured | | $255.56 | $0.00 | $255.56 |
| 000005A 070 7100-00 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $324,965.89 | $0.00 | $324,965.89 |
| 000006 070 7100-00 | US Foods<br>800 Supreme Drive<br>Bensenville, IL 60106 | Unsecured | | $12,049.44 | $0.00 | $12,049.44 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-10041 | | Page 2 | | Date: August 26, 2009 |
| Debtor Name: | BASA PEREZIC, INC | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | ADT Security Services<br>14200 East Exposition Avenue<br>Auror, CO 80012 | Unsecured | | $11,648.29 | $0.00 | $11,648.29 |
| 000008<br>070<br>7100-00 | ADT Security Services<br>14200 East Exposition Avenue<br>Auror, CO 80012 | Unsecured | | $1,725.86 | $0.00 | $1,725.86 |
| 000009<br>070<br>7100-00 | NuCO2<br>2800 SE Market Place<br>Stuart, Florida 34997 | Unsecured | | $784.87 | $0.00 | $784.87 |
| 000011<br>070<br>7100-00 | ComEd Co<br>Attn: Bankruptcy Section/Revenue Managem<br>2100 Swift Drive<br>Oakbrook, IL 60523 | Unsecured | | $11,435.82 | $0.00 | $11,435.82 |
| 000012<br>070<br>7100-00 | Edward Don<br>2500 S Harlem Ave<br>North Riverside, IL 60546 | Unsecured | | $2,313.38 | $0.00 | $2,313.38 |
| 000013<br>070<br>7100-00 | Empire Cooler<br>940 W. Chicago<br>Chicago, IL 60622 | Unsecured | | $1,300.00 | $0.00 | $1,300.00 |
| 000014<br>070<br>7100-00 | Edward Don<br>2500 S Harlem Ave<br>North Riverside, IL 60546 | Unsecured | | $2,313.38 | $0.00 | $2,313.38 |
| 000015<br>070<br>7100-00 | US Foods<br>800 Supreme Drive<br>Bensenville, IL 60106 | Unsecured | | $12,049.44 | $0.00 | $12,049.44 |
| 000016<br>070<br>7100-00 | Village Of Rosemont<br>c/o Peter M Rosenthal<br>Rosenthal, Murphey & Coblentz<br>30 N LaSalle St, Suite 1624<br>Chicago, Il 60602 | Unsecured | | $7,353.09 | $0.00 | $7,353.09 |
| 000001B<br>050<br>4110-00 | Illinois Department of Revenue<br>100 W. Randolph St.<br>Level 7-425 - Bankruptcy Section<br>Chicago, IL 60106 | Secured | | $9,627.86 | $0.00 | $9,627.86 |
| 000002B<br>050<br>4110-00 | Illinois Department of Revenue<br>100 W. Randolph St.<br>Level 7-425 - Bankruptcy Section<br>Chicago, IL 60106 | Secured | | $96,000.60 | $0.00 | $96,000.60 |
| 000005B<br>050<br>4110-00 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Secured | | $99,778.30 | $0.00 | $99,778.30 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-10041 | | Page 3 | | | Date: August 26, 2009 |
| Debtor Name: | BASA PEREZIC, INC | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | Unsecured | | $3,900.00 | $0.00 | $3,900.00 |
| | Case Totals: | | | $1,617,226.61 | $0.00 | $1,617,226.61 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-10041 ERW
Case Name: BASA PEREZIC, INC
Trustee Name: CATHERINE STEEGE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Illinois Department of Revenue | $ |
| Illinois Department of Revenue | $ |
| Internal Revenue Service | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: CATHERINE STEEGE | $ | $ |
| Attorney for trustee: JENNER & BLOCK LLP | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: OFFICE OF THE UNITED STATES TRUSTEE | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001C* | *Illinois Department of Revenue* | $ | $ |
| *000002C* | *Illinois Department of Revenue* | $ | $ |
| *000005C* | *Internal Revenue Service* | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001A* | *Illinois Department of Revenue* | $ | $ |
| *000002A* | *Illinois Department of Revenue* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *Muller Pinehurst* | $ | $ |
| *000004* | *NuCO2* | $ | $ |
| *000005A* | *Internal Revenue Service* | $ | $ |
| *000006* | *US Foods* | $ | $ |
| *000007* | *ADT Security Services* | $ | $ |
| *000008* | *ADT Security Services* | $ | $ |
| *000009* | *NuCO2* | $ | $ |
| *000011* | *ComEd Co* | $ | $ |
| *000012* | *Edward Don* | $ | $ |
| *000013* | *Empire Cooler* | $ | $ |
| *000014* | *Edward Don* | $ | $ |
| *000015* | *US Foods* | $ | $ |
| *000016* | *Village Of Rosemont* | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $            .