# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: § Case No. 08-10041 ERW
BASA PEREZIC, INC §
§
Debtors §
§

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 24,863.93 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance of* | $ | 24,863.93 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---:|
| Illinois Department of Revenue | $ 835.80 |
| Illinois Department of Revenue | $ 8,333.90 |
| Internal Revenue Service | $ 8,661.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| Trustee: CATHERINE STEEGE | $ 3,236.39 | $ 0.00 |
| Attorney for trustee: JENNER & BLOCK LLP | $ 546.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* OFFICE OF THE UNITED STATES TRUSTEE | $ 3,250.00 | $ 0.00 |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,005,259.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001C | Illinois Department of Revenue | $ 9,733.36 | $ 0.00 |
| 000002C | Illinois Department of Revenue | $ 63,467.91 | $ 0.00 |
| 000005C | Internal Revenue Service | $ 932,057.85 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (4/1/2009) *(Page: 2)*

Timely claims of general (unsecured) creditors totaling $ 398,864.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001A | Illinois Department of Revenue | $ 641.08 | $ 0.00 |
| 000002A | Illinois Department of Revenue | $ 6,778.96 | $ 0.00 |
| 000003 | Muller Pinehurst | $ 3,249.67 | $ 0.00 |
| 000004 | NuCO2 | $ 255.56 | $ 0.00 |
| 000005A | Internal Revenue Service | $ 324,965.89 | $ 0.00 |
| 000006 | US Foods | $ 12,049.44 | $ 0.00 |
| 000007 | ADT Security Services | $ 11,648.29 | $ 0.00 |
| 000008 | ADT Security Services | $ 1,725.86 | $ 0.00 |
| 000009 | NuCO2 | $ 784.87 | $ 0.00 |
| 000011 | ComEd Co | $ 11,435.82 | $ 0.00 |
| 000012 | Edward Don | $ 2,313.38 | $ 0.00 |
| 000013 | Empire Cooler | $ 1,300.00 | $ 0.00 |
| 000014 | Edward Don | $ 2,313.38 | $ 0.00 |
| 000015 | US Foods | $ 12,049.44 | $ 0.00 |
| 000016 | Village Of Rosemont | $ 7,353.09 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

CLERK OF THE U.S. BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/06/2009 in Courtroom 744 ,

United States Courthouse

219 S. Dearborn Street

Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/26/2009      By: /s/CATHERINE STEEGE
                                     Trustee

*CATHERINE STEEGE*
*330 N. WABASH AVENUE, CHICAGO, IL 60611-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman                Page 1 of 2           Date Rcvd: Aug 27, 2009
Case: 08-10041                Form ID: pdf006             Total Noticed: 30


The following entities were noticed by first class mail on Aug 29, 2009.
db         +Basa Perezic, Inc,   6580 N Mannheim Rd,   Rosemont, IL 60018-3641
aty        +Jenner & Block,   Jenner & Block,   One Ibm Plaza 37th Fl,   Chicago, IL 60611-3586
aty        +Robert J Fedor,   Robert J Fedor, Esq LLC,   2001 Crocker Road #216,   Westlake, OH 44145-6968
aty        +Thomas A Jefson,   John J Pembroke & Associates, LLC,   422 N Northwest Highway #150,
             Park Ridge, IL 60068-3261
tr         +Catherine L. Steege, ESQ,   Jenner & Block,   330 N. Wabash Avenue,   Chicago, IL 60611-7603
12170003   +ADT Security Services,   14200 East Exposition Avenue,   Auror, CO 80012-2540
12170004   +AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
12170005   +Best Western at O'Hare,   C/O Jim Harness,   10300 West Higgins Road,
             Des Plaines, IL 60018-3899
12170006   +Blue Ribbon Hospitality,   10300 West Higgins Road,   Rosemont, IL 60018-3818
12170007   +Blue Ribbon Hospitality, LLC,   C/O Mark C. Gross,   15 Salt Creek Lane,
             Hinsdale, IL 60521-2926
12170009   +Edward Don,   2500 S Harlem Ave,   North Riverside, IL 60546-1473
12170010   +Ellengee Market Co.,   5120 N. Milwaukee Ave.,   Chicago, IL 60630-4622
12170011   +Empire Cooler,   940 W. Chicago,   Chicago, IL 60642-5494
12170012  ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   100 W. Randolph St.,
             Level 7-425 - Bankruptcy Section,   Chicago, IL 60106)
12170014  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,   Centralized Insolvency Operations,
             P.O. Box 21126,   Philadelphia, PA 19114)
12170013    Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
12170015   +International Meats,   7107 W. Grand,   Chicago, IL 60707-2898
12170016   +Muller Pinehurst,   2110 Ogilby Road,   P.O. Box 299,   Rockford, IL 61105-0299
12170018   +NuCO2,   2800 SE Market Place,   Stuart, Florida 34997-4965
12170019   +Pars Ice Cream,   2700 W. Division,   Melrose Park, IL 60160-1835
12170020   +Supreme Lobster,   220 E. North Ave.,   Villa Park, IL 60181-1207
12170021   +Tec Foods, Inc.,   P.O. Box 410727,   Chicago, IL 60641-0727
12170022    US Bank,   Des Plaines, IL 60018
12170023   +US Foods,   800 Supreme Drive,   Bensenville, IL 60106-1107
13564574   +Village Of Rosemont,   c/o Peter M Rosenthal,   Rosenthal, Murphey & Coblentz,
             30 N LaSalle St, Suite 1624,   Chicago, Il 60602-3388
12170024   +Village of Rosemont,   9501 Devon,   Rosemont, IL 60018-4811
12170025   +Village of Rosemont Water,   7048 N. Barry St.,   Rosemont, IL 60018-3402

The following entities were noticed by electronic transmission on Aug 28, 2009.
12170008   +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                           ComEd,
             440 S. LaSalle St.,   Chicago, IL 60605-1028
12812712   +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                           ComEd Co,
             Attn: Bankruptcy Section/Revenue Managem,   2100 Swift Drive,   Oakbrook, IL 60523-1559
12170017   +E-mail/Text: bankrup@nicor.com                                 Nicor,   P.O. Box 416,
             Aurora, IL 60568-0001
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         John J Pembroke
aty         Pembroke & Associates
12756188    Office of the U.S. Trustee
13025809    Office of the U.S. Trustee
aty*       +Catherine L Steege, ESQ,   Jenner & Block LLP,   330 N. Wabash Avenue,   Chicago, IL 60611-7603
                                                                                            TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: froman              Page 2 of 2              Date Rcvd: Aug 27, 2009
Case: 08-10041                Form ID: pdf006           Total Noticed: 30

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2009**                    **Signature:**    *Joseph Speetjens*