UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BASA PEREZIC, INC | § | Case No. 08-10041 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on       , and it was converted to chapter 7 on       . The case was pending for   months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/CATHERINE STEEGE_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | | | | | |
| UNITED STATES TRUSTEE | | | | | |
| JENNER & BLOCK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue<br>100 W. Randolph St.<br>Level 7-425 - Bankruptcy Section<br>Chicago, IL  60106 | | | | | |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | | | | |
| Village of Rosemont<br>9501 Devon<br>Rosemont, IL 60018 | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T<br>P.O. Box 8100<br>Aurora, IL 60507 | | | | | |
| Blue Ribbon Hospitality, LLC<br>c/o Mark C. Gross<br>15 Salt Creek Lane<br>Hinsdale, IL 60521 | | | | | |
| ComEd<br>440 S. LaSalle St.<br>Chicago, IL 60605 | | | | | |
| Ellegee Market Co.<br>5120 N. Milwaukee Ave.<br>Chicago, IL  60630 | | | | | |
| International Meats<br>7107 W. Grand<br>Chicago, IL 60707 | | | | | |
| Nicor<br>P.O. Box 416<br>Aurora, IL 60568 | | | | | |
| NuCO2<br>P.O. Box 9011<br>Stuart, FL 34995 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pars Ice Cream 2700 W. Division Melrose Park, IL 60160 | | | | | |
| Supreme Lobster 220 E. North Ave. Villa Park, IL 60181 | | | | | |
| Tec Foods, Inc. P.O. Box 410727 Chicago, IL 60641 | | | | | |
| US Bank Des Plaines, IL 60018 | | | | | |
| US Foods 800 Supreme Drive Bensenville, IL 60106 | | | | | |
| Village of Rosemont Water 7048 N. Barry St. Rosemont, IL 60018 | | | | | |
| ADT SECURITY SERVICES | | | | | |
| ADT SECURITY SERVICES | | | | | |
| COMED CO | | | | | |
| EDWARD DON | | | | | |
| EDWARD DON | | | | | |

UST Form 101-7-TDR (9/1/2009) *(Page: 7)*

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EMPIRE COOLER | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| MULLER PINEHURST | | | | | |
| NUCO2 | | | | | |
| NUCO2 | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| US FOODS | | | | | |
| US FOODS | | | | | |
| VILLAGE OF ROSEMONT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 08-10041 | ERW | Judge: EUGENE R. WEDOFF | | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BASA PEREZIC, INC | | | | Date Filed (f) or Converted (c): | 10/01/08 (c) |
| | | | | | 341(a) Meeting Date: | 11/20/08 |
| For Period Ending: | 12/31/09 | | | | Claims Bar Date: | 02/24/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash on hand  6580 N. Mannheim Rd.  Rosemont, IL 60018 | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Checking Account # US Bank | 1,855.00 | 9,861.40 | | 9,861.40 | FA | 0.00 | 0.00 |
| 3. Payroll Account US Bank | 4,583.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Electric Utility Deposit - ComEd  ComEd 440 S. LaSalle St.  Chicago, IL 60605 | 10,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Gas Utility Deposit - Nicor | 4,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Various Accounts Receivable Due | 21,603.57 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Equipment, Fixtures and Supplies  Equipment, Fixtures, and Supplies  6580 N. Mannheim Rd.  Rosemont, IL 60018 | 77,315.00 | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 8. Food Inventory  Food Inventory  6580 N. Mannheim Rd.  Rosemont, IL 60018 | 6,550.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.93 | Unknown | 0.00 | 0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No: 08-10041    ERW    Judge: EUGENE R. WEDOFF
Case Name: BASA PEREZIC, INC

Trustee Name: CATHERINE STEEGE
Date Filed (f) or Converted (c): 10/01/08 (c)
341(a) Meeting Date: 11/20/08
Claims Bar Date: 02/24/09

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $126,156.57 | $24,861.40 | | $24,865.33 | $0.00 | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Close sale of assets. Claims bar date.

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-10041 -ERW | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | BASA PEREZIC, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5650 BofA - Money Market Account |
| Taxpayer ID No: | *******8181 | | | |
| For Period Ending: | 12/31/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/03/09 | 7 | Best Western at O'Hare | Sales proceeds | 1129-000 | 15,000.00 | | 15,000.00 |
| 03/23/09 | 2 | US Bank<br>Cashier's Check # 2244500605<br>Location: 2244 Rosemont<br>U.S. Bank National Association<br>Minneapolis, MN 55480 | Bank Account | 1129-000 | 9,861.40 | | 24,861.40 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 24,861.52 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 24,862.06 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,862.69 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 24,863.30 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,863.93 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,864.56 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 24,865.17 |
| 10/09/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 24,865.33 |
| 10/09/09 | | Transfer to Acct #*******5786 | Final Posting Transfer | 9999-000 | | 24,865.33 | 0.00 |

Page Subtotals     24,865.33     24,865.33

Ver: 15.06

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-10041 -ERW |
| Case Name: | BASA PEREZIC, INC |
| Taxpayer ID No: | *******8181 |
| For Period Ending: | 12/31/09 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5650  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 24,865.33 | 24,865.33 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 24,865.33 | |
| | | | Subtotal | | 24,865.33 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 24,865.33 | 0.00 | |

Page Subtotals     0.00     0.00

Ver: 15.06

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-10041 -ERW | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | BASA PEREZIC, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5786 BofA - Checking Account |
| Taxpayer ID No: | *******8181 | | | |
| For Period Ending: | 12/31/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/09/09 | | Transfer from Acct #*******5650 | Transfer In From MMA Account | 9999-000 | 24,865.33 | | 24,865.33 |
| 10/16/09 | 003001 | Illinois Department of Revenue<br>100 W. Randolph St.<br>Level 7-425 - Bankruptcy Section<br>Chicago, IL 60106 | (1-1) Illinois Withholding Tax 1/1/07-4/23/08 (Estimated--returns not filed)(1-2) Illinois WIthholding Tax 2005/1-2008/1 Amends claim #1 | 5800-000 | | 835.87 | 24,029.46 |
| 10/16/09 | 003002 | Illinois Department of Revenue<br>100 W. Randolph St.<br>Level 7-425 - Bankruptcy Section<br>Chicago, IL 60106 | (2-1) Sales and Use Tax 1/1/07-4/23/08(2-2) Sales and Use Tax 4/05-4/23/08 Amends claim # 2 | 5800-000 | | 8,334.55 | 15,694.91 |
| 10/16/09 | 003003 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | 5800-000 | | 8,662.52 | 7,032.39 |
| 10/16/09 | 003004 | Catherine Steege, Trustee<br>c/o Jenner & Block LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611 | Final Distribution - Trustee Comp | 2100-000 | | 3,236.39 | 3,796.00 |
| 10/16/09 | 003005 | Jenner & Block LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611 | Final Distribution - Atty Comp | 3110-000 | | 546.00 | 3,250.00 |
| 10/16/09 | 003006 | United States Trustee | Final Distribution - US Trustee | 2950-000 | | 3,250.00 | 0.00 |

Page Subtotals        24,865.33    24,865.33

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-10041 -ERW | Trustee Name: | CATHERINE STEEGE |
| Case Name: | BASA PEREZIC, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5786 BofA - Checking Account |
| Taxpayer ID No: | *******8181 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 219 S. Dearborn Street Chicago, IL 60604 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 24,865.33 | 24,865.33 | 0.00 |
| Less: Bank Transfers/CD's | 24,865.33 | 0.00 | |
| Subtotal | 0.00 | 24,865.33 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 24,865.33 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********5650 | 24,865.33 | 0.00 | 0.00 |
| BofA - Checking Account - ********5786 | 0.00 | 24,865.33 | 0.00 |
| | 24,865.33 | 24,865.33 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 15.06